UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                              CASE NO. 3:17cr58-MCR

**OSCAR NUNEZ-MALDONADO a/k/a
OSCAR DONALDO NUNEZ-MALDONADO**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **OSCAR NUNEZ-MALDONADO a/k/a OSCAR DONALDO NUNEZ-MALDONADO**, to Count One of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 12th day of June, 2017.

                                 *s/ M. Casey Rodgers*
                                 **M. CASEY RODGERS**
                                 **CHIEF UNITED STATES DISTRICT JUDGE**